IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IRON WORKERS LOCAL UNION
NO. 167 HEALTH AND WELFARE
PLAN AND TRUST, et al.,,

    Plaintiffs,

v.      No. 05-2158 B

JWG SALES & SERVICE, INC.,

    Defendant.

___

ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING THE PLAINTIFFS' MOTION TO COMPEL

___

Before the Court is the motion of the Plaintiffs, Iron Workers Local Union No. 167 Health and Welfare Plan and Trust, et al. to compel the Defendant, JWG Sales & Service, Inc., to submit wage records, payroll records and records of hours worked relative to work performed by its employees at the Toyota Bodine Aluminum Project in Jackson, Tennessee for examination by auditors, filed February 28, 2005. On April 5, 2005, pursuant to an order of reference, Magistrate Judge Diane Vescovo entered a report and recommendation recommending that the motion be granted. No objections have been filed by either party and the time for such objections has expired. As there is no objection to the magistrate judge's report, it is hereby ADOPTED and the Plaintiffs' motion is GRANTED in accordance with the report. See 28 U.S.C. § 636(b)(1) (permitting parties to file written objections to report and recommendation within 10 days of service thereof); LR72.1(g)(2), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. (same).

IT IS SO ORDERED this 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02158 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Bryan E. Dye
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Carmel A. Morgan
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable J. Breen
US DISTRICT COURT