IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 15 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| IRON WORKERS LOCAL UNION NO. 167 HEALTH AND WELFARE PLAN AND TRUST, ET AL., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-2158-B V |
| JWG SALES & SERVICE, INC., ) ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION TO PERMIT SUBSTITUTION OF COUNSEL

Upon the motion of Defendant for an Order withdrawing Bryan E. Dye, Watkins Ludlam Winter & Stennis, P.A. and substituting Herbert E. Gerson and David A. Prather of Ford & Harrison as counsel for Defendant in this case, the motion is well taken and is hereby granted.

_____
UNITED STATES MAGISTRATE JUDGE

Date: November 15, 2005

MEMPHIS:156692.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02158 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Carmel A. Morgan
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Bryan E. Dye
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

David A. Prather
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT